```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

**EVA JOHNSON**                                                **PETITIONER**

**VS.**                              **CIVIL ACTION NO. 3:06CV206-WHB-JCS**
                                 **CRIMINAL ACTION NO. 3:04CR181-WHB-JCS**

**UNITED STATES OF AMERICA**                                   **RESPONDENT**


## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and with the Opinion and Order which denied Petitioner's Motion to Vacate, this case is hereby finally dismissed with prejudice.

SO ORDERED this the 25th day of July, 2006.


                                    s/ William H. Barbour, Jr.
                                    UNITED STATES DISTRICT JUDGE

tct